**Order entered February 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01158-CV

### IN THE INTEREST OF A.D.B., II, A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18807**

## ORDER

By order dated January 13, 2020, we ordered this appeal be submitted without the reporter's record after appellant failed to show that he had requested preparation of the reporter's record and had paid for or made arrangements to pay the reporter's fee or had been found entitled to proceed without payment of costs. Before the Court is appellant's motion requesting both an extension of time to file his brief on the merits and reconsideration of this Court's January 13th order. Although appellant has now demonstrated that he is entitled to proceed without payment of costs, he has failed to provide written verification that he has requested preparation of the reporter's record. *See* TEX. R. APP. P. 35.3(b)(2). Accordingly, we **GRANT** appellant's motion **only to the extent** that we extend the deadline for appellant's brief to **March 19, 2020**.

/s/      ROBERT D. BURNS, III
         CHIEF JUSTICE